# IN THE SUPREME COURT OF THE STATE OF NEVADA

AMBER JOHNSON,
        Appellant,

vs.

CHRISTOPHER M. HORODESKY,
        Respondent.

No. 82703

FILED

APR 16 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's motion to modify custody. Eighth Judicial District Court, Clark County; Rhonda Kay Forsberg, Judge.

The notice of appeal appears to be untimely filed under NRAP 4(a) because it was filed after the timely filing of a tolling motion under NRAP 4(a)(4) and before the tolling motion has been formally resolved. A timely tolling motion terminates the 30-day appeal period, and a notice of appeal is of no effect if it is filed after such a tolling motion is filed, and before the district court enters a written order finally resolving the motion. *See* NRAP 4(a)(4). This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Rhonda Kay Forsberg, District Judge
Amber Johnson
Fine Carman Price
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A